In the Matter of the BANK OF UNITED STATES in Liquidation.

BENNO OSTERTAG, Respondent; JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Appellant.

(Submitted April 13, 1933; decided April 28, 1933.)

*Arthur Ofner, Warren C. Fielding, George S. Elpern* and *Carl J. Austrian* for appellant.

*Sol S. Ostertag* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.